Colin R. Burns SBN 228311
crburns@harperburns.com
HARPER & BURNS LLP
453 South Glassell Street
Orange, California 92866
Telephone (714) 771-7728
Facsimile (714) 744-3350

Attorneys for Defendant
City of Fountain Valley

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DISH WIRELESS, L.L.C., a Colorado limited liability company,<br><br>            Plaintiff/Petitioner,<br>   v.<br><br>CITY OF FOUNTAIN VALLEY, a California municipal corporation,<br><br>            Defendant/Respondent. | Case No.:  8:23-cv-02069 RGK(JDEx)<br><br>**DECLARATION OF COLIN BURNS IN RESPONSE TO ORDER TO SHOW CAUSE FOLLOWING SCHEDULING CONFERENCE** |

I, Colin Burns, declare:

1. I am the attorney of record for Defendant/Respondent City of Fountain Valley in this action.

2. Each of the following facts is stated upon personal knowledge and, if called to testify, I could and would testify competently to the same.

3. I was aware a Scheduling Conference was set for February 12, 2024, at 9:00 a.m., in the above-entitled matter.

1

DECLARATION OF COLIN BURNS IN RESPONSE TO ORDER TO SHOW CAUSE
FOLLOWING SCHEDULING CONFERENCE

4. I attempted to appear in person at that Scheduling Conference. Unfortunately, due to an error on my part, I believed the Scheduling Conference was being held at the United States District Court in Santa Ana.

5. I went to the United States District Court in Santa Ana the morning of February 12, 2024 and, upon arrival, discovered I was at the wrong location.

6. I telephoned opposing counsel, Morgan Gallager, Esq., who I am informed and believe graciously relayed a message to her co-counsel, Jamie Sprague, Esq., that I was at the wrong location.

7. I received the Order of the Court that same day notifying that an Order to Show Cause and continued Scheduling Conference were set for February 26, 2024 at 9:00 a.m.

8. I apologize to the Court and Ms. Sprague for the inconvenience, and I will be personally present at the United States District Court in *Los Angeles* for the continued Scheduling Conference on February 26, 2024 at 9:00 a.m.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 13, 2024

_____
Colin R. Burns
Declarant