COX, CASTLE & NICHOLSON LLP
Morgan L. Gallagher (State Bar No. 297487)
  MGallagher@coxcastle.com
Jamie L. Sprague (State Bar No. 287689)
  JSprague@coxcastle.com
3121 Michelson Drive, Suite 200
Irvine, California 92612-5678
Telephone: (949) 260-4600
Facsimile: (949) 260-4699

Attorneys for Plaintiff
DISH Wireless L.L.C.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DISH WIRELESS L.L.C., a Colorado limited liability company,<br><br>   Plaintiff/Petitioner,<br><br>   v.<br><br>CITY OF FOUNTAIN VALLEY, a California municipal corporation,<br><br>   Defendant/Respondent. | Case No. 8:23-cv-02069-MRA (JDEx)<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO STAY CASE AND ALL PENDING DATES** |

- 1 -

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
IRVINE, CA

105262\17762641v2

JOINT NOTICE OF SETTLEMENT AND STIPULATION TO STAY CASE AND ALL PENDING DATES
Case 8:23-CV-02069 MRA(JDEx)

1  TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF
2  RECORD:
3  PLEASE TAKE NOTICE THAT, pursuant to Local Rule 16-15.7, Plaintiff
4  DISH Wireless, L.L.C. ("**DISH**") and Defendant City of Fountain Valley ("**City,**"
5  and together with DISH, the "**Parties**") have reached a settlement in principle in the
6  above-referenced case.  The Parties are in the process of documenting the
7  agreement in a formal written settlement agreement.  The Parties respectfully
8  request that this Court stay the above-referenced matter and all pending dates while
9  the Parties finalize the terms of the agreement, obtain the necessary formal City
10  approvals, and collect all appropriate signatures.  Once all of the appropriate
11  signatures have been obtained and the settlement agreement has been approved by
12  the City, a Stipulation of Dismissal of the entire action will be filed pursuant to the
13  terms of that written agreement.
14  IT IS SO STIPULATED.

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
IRVINE, CA

105262\17762641v2

- 2 -

JOINT NOTICE OF
SETTLEMENT AND
STIPULATION TO STAY
CASE AND ALL PENDING
DATES
Case 8:23-CV-02069
MRA(JDEx)

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3  DATED: June 21, 2024                COX, CASTLE & NICHOLSON LLP

4
5                                      By: _____
6                                          Morgan L. Gallagher
                                           Jamie L. Sprague
7                                          Attorneys for Plaintiff
                                           DISH Wireless L.L.C.
8

9  DATED: June 21, 2024                HARPER & BURNS LLP

10
11                                     By: _____
12                                         Colin R. Burns
                                           Attorneys for Defendant
13                                         City of Fountain Valley

- 3 -

JOINT NOTICE OF SETTLEMENT AND STIPULATION TO STAY CASE AND ALL PENDING DATES
Case 8:23-CV-02069 MRA(JDEx)

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
IRVINE, CA

105262\17762641v2

# FILER ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jamie L. Sprague attest under penalty of perjury that all other signatories concur in the content of this filing and have authorized the filing.

DATED: June 21, 2024         COX, CASTLE & NICHOLSON LLP

By: /s/ Jamie L. Sprague

Jamie L. Sprague

- 4 -

JOINT NOTICE OF SETTLEMENT AND STIPULATION TO STAY CASE AND ALL PENDING DATES
Case 8:23-CV-02069 MRA(JDEx)

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
IRVINE, CA

105262\17762641v2