1

2

3

4

5

6

7

8                 **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

10

| | |
|---|---|
| 11  DISH WIRELESS L.L.C., a Colorado limited liability company, | Case No. 8:23-cv-02069-MRA (JDEx) |
| 12                     Plaintiff/Petitioner, | **ORDER STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| 13         v. | **[37]** |
| 14  CITY OF FOUNTAIN VALLEY, a California municipal corporation, | |
| 15 | |
| 16                     Defendant/Respondent. | |

17

18

19

20

21

22

23

24

25

26

27

28

Based on the parties' written stipulation, and good cause appearing:

      1.    The above-captioned action, is dismissed with prejudice in its entirety, pursuant to Fed. R. Civ. P. 41(a)(ii).

      2.    The Court shall retain jurisdiction solely for the purpose of enforcing the settlement agreement.

      IT IS SO ORDERED.

Dated: September 3, 2025

Hon. Mónica Ramírez Almadani,
United States District Judge

-2-